UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sofia A. Elmi,                                                Civil 07-1150  PJS/FLN

      Plaintiff,

       v.                                               REPORT & RECOMMENDATION

Michael J. Astrue, Commissioner
of Social Security,

      Defendant.

_____

1. The complaint in this case was filed on February 16, 2007. When Plaintiff had not complied with the Local Rules for the United States District Court for the District of Minnesota by serving and filing a motion for summary judgment and a memorandum of law in support within 60 days of the date of the answer, the Court issued an order on July 5, 2007, which by its terms required Plaintiff to take certain action.

2. To date, Plaintiff has not complied with the terms of that order.

### RECOMMENDATION

Based upon the foregoing, IT IS HEREBY RECOMMENDED that the Court issue an order dismissing this case for lack of prosecution.

DATED: September 12, 2007.                  s/ *Franklin L. Noel*
                                                                     FRANKLIN L. NOEL
                                                                     United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **October 1, 2007**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.