UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sofia A. Elmi, | Civil 07-1150 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 12, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is DISMISSED.

DATED: 10/3/2007.                           s/Patrick J. Schiltz
at St. Paul, Minnesota                      JUDGE PATRICK J. SCHILTZ
                                            United States District Court